UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AML IP LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>AERO GLOBAL LLC,<br><br>　　　　　　　　　Defendant. | 23 Civ. 11264 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On April 24, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for April 10, 2024. *See* ECF. Nos. 21, 22. No significant issues are presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar. The case management plan will issue separately. The parties may file briefing related to claim construction at their discretion, as necessary.

　　　SO ORDERED.

Dated: April 25, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge