UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AML IP, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>AERO GLOBAL, LLC,<br><br>      Defendant. | 23-CV-11264 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The parties appeared before the Court for a case management conference on October 30, 2024, during which Plaintiff requested this case be dismissed. On November 4, 2024, this Court issued an Order directing the parties to meet and confer in good faith in an effort to reach mutually agreeable terms for a voluntary dismissal of the instant action. ECF No. 40. Per the parties' subsequent submissions, it is clear they are unable to reach such an agreement. Plaintiff requests the case be dismissed with prejudice and that this Court deny all other relief. Defendant, on the other hand, will consent to dismissal only if the Court awards it attorney's fees.

  It is ORDERED that the above-captioned case be and is hereby DISMISSED with prejudice. The Court retains jurisdiction for the purpose of adjudicating a sanctions motion, if any. Should either party seek sanctions, the parties shall adhere to the following briefing schedule:

| Filing | Deadline |
|---|---|
| Opening Brief | December 13, 2024 |
| Response | January 3, 2025 |
| Reply | January 17, 2025 |

Any pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is respectfully directed to terminate all open gavels and to close the case.

SO ORDERED.

Dated: November 20, 2024
New York, New York

_____
DALE E. HO
United States District Judge

2