

Ariel Reinitz
*Partner*
Bochner PLLC
1040 Sixth Avenue
15th Floor
New York, NY 10018

ariel@bochner.law
Direct: 646.494.6909

December 13, 2024

**VIA ECF**
Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. Any sanctions motions shall be filed **by December 16, 2024**. Any response shall be filed **by January 6, 2025**. Any reply shall be filed **by January 20, 2025**. SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 46.
>
> Dated: December 15, 2024
> New York, New York
>
> Dale E. Ho
> United States District Judge

Re:   *AML IP, LLC v. AERO GLOBAL, LLC*
      Case No.: 1:23-cv-11264-DEH

Dear Judge Ho:

    We represent defendant Aero Global, LLC and write further to the Court's order (ECF No. 44) concerning the briefing schedule for any forthcoming sanctions motions in this case.

    Due to a family medical emergency that occurred earlier today, the undersigned will be unable to finalize and file Defendant's forthcoming motion today, as originally anticipated.

    With apologies to the Court and Plaintiff's counsel, Defendant therefore asks that its deadline to file its brief be extended to this coming Monday (Dec. 16, 2024), and that the corresponding response and reply deadlines be extended accordingly (from Jan. 3 and Jan. 17 to Jan. 6 and Jan. 20, respectively).

Respectfully submitted,
By: /s/ Ariel Reinitz
Ariel Reinitz